RECEIVED IN CLERK'S OFFICE
JUN - 9 2010
U.S. DISTRICT COURT
MID. DIST. TENN

SCANNED

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| SEAN MCQUIDDY ) | |
| ) | |
| V. ) | No. 3:09-cv-1215 |
| ) | |
| UNITED STATES OF AMERICA ) | |

## MOTION FOR RELIEF FROM ORDER

*[Handwritten annotation: Order: The motion to relieve Mr. Drake is GRANTED. Will ... 6-16-10]*

The Defendant, Sean McQuiddy, Pro se [Defendant, hereinafter] respectfully submit this motion, to accomplish two purposes, which are for: (1) Relief from the Order appointing Thomas J. Drake, Attorney at Law, since I have not requested the court to appoint him and I have been required to fight my own case since I have been confined. (2) Relief from the Order as entered May 20, 2010, on grounds said Order was obtained based on fraud by the government and denies that there is any action pending in the Sixth Circuit Court of Appeals attacking the aggrieved sentence, as presented to this court, or in any other form.

1


